COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ex parte Cameron Michael Moon

Appellate case number:     01-18-01014-CR

Trial court case number:    1467534A

Trial court:                182nd District Court of Harris County

On January 4, 2019, appellant, Cameron Michael Moon, filed his brief in this appeal. Appellant has filed a motion to file an amended brief along with his amended brief. The motion is **granted**.

The Clerk of this Court filed appellant's amended brief on January 7, 2019. The State's brief remains due on January 24, 2018. *See* TEX. R. APP. P. 31.2(b), 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___January 15, 2019__